IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Christopher A. Starks and Tina W. Starks, as the Personal Representatives for the Estate of Brittany Jasmine Oswell, and Cory Kadeem Oswell, <br><br> Plaintiffs, <br><br> vs. <br><br> American Airlines, Inc., <br><br> Defendant. | Civil Action No. 3:18-cv-01062-MGL <br><br><br><br><br><br> **AFFIDAVIT OF DEBRA SHAFFER** |

Under penalty of perjury, I, Debra Shaffer, having first been duly sworn, declare that the following is true and correct:

1. I am over eighteen years of age and am of sound mind to give this affidavit.

2. I have personal knowledge of, and am competent to swear to, the facts set forth in this affidavit.

3. I am Senior Claims Analyst for American Airlines, Inc. ("American"), the named Defendant in this matter.

4. American is incorporated in and exists under the laws of the State of Delaware.

5. American is a resident of the State of Texas and maintains its corporate headquarters and principal place of business at 4333 Amon Carter Boulevard, Fort Worth, Tarrant County, Texas 76155. From this corporate headquarters and principal place of business, American's corporate officers direct, control, and coordinate the business of American Airlines, Inc. American employees at this corporate headquarters formulate policy with respect to inflight medical emergencies and the medical equipment carried on American flights. American retains

EXHIBIT A

policies with respect to inflight medical emergencies, personnel files, data, and other key documents at these corporate headquarters.

6. American and its American Eagle network of regional carriers operated 1,676,503 flights in 2017. 1.01% of these flights (or 16,911 flights) had South Carolina as their origin or destination.

7. American served 136,987,057 passengers in 2017. 1.83% of those passengers (or 2,503,012 passengers) had South Carolina as their origin or destination.

8. 0.79% of American's 2017 system revenue was derived from operations in South Carolina.

9. American leases facilities at the airports it serves in South Carolina. American does not lease, own, or otherwise maintain any other premises in South Carolina and has no other training facilities or offices in the state.

10. American does not maintain any bank accounts in South Carolina.

11. American does not maintain any cockpit or cabin crew bases in South Carolina.

12. The inflight medical emergency that is the subject of this action occurred onboard American Flight AA102 on April 14, 2016 (the "subject flight"), a flight flying from Daniel K. Inouye International Airport in Honolulu, Hawaii to Dallas Fort Worth International Airport ("DFW") in Texas. The subject flight did not originate in South Carolina or have South Carolina as its destination. The subject flight did not fly over South Carolina.

13. None of American's policies with respect to inflight medical emergencies were developed in South Carolina.

14. Nine of the ten members of American's cockpit and cabin crews who were onboard and working on the subject flight are current American employees. The tenth American

employee onboard the subject flight (a member of the cabin crew) is now deceased.

15. The captain, first officer, and relief first officer who piloted the subject flight are based at DFW and reside in the Dallas/Fort Worth metropolitan area.

16. Three flight attendants onboard American Airlines Flight No. AA102 reside in the Dallas/Fort Worth metropolitan area. An additional flight attendant onboard American Airlines Flight No. AA102 resides in Austin, Texas. These flight attendants are based at DFW.

17. The remaining two living flight attendants onboard American Airlines Flight No. AA102 work for American. One resides in Bothell, Washington, and is based in Los Angeles, California. The other resides in Hollister, Missouri and is based in Chicago, Illinois. Although they are not based at DFW, they at times travel to and from DFW for work.

18. The American customer service manager who met American Airlines Flight No. AA102 upon its arrival is a current American employee, works at DFW, and resides in the Dallas/Fort Worth metropolitan area.

19. The American flight dispatcher who communicated with the cockpit crew piloting American Airlines Flight No. AA102 is a current American employee and works at DFW.

20. The aircraft that flew American Airlines Flight No. AA102 is an American 767-323 (Registration N398AN). This aircraft does not fly any regularly scheduled flights to or from airports in the State of South Carolina. This aircraft frequently flies regularly-scheduled flights to and from DFW, and is primarily based at DFW, Miami International Airport in Miami, Florida, and John F. Kennedy International Airport in New York City, New York.

21. American will face significant burdens in trying this case several states away from its home in Texas. It will be forced to transport virtually all of its witnesses and documentary evidence to South Carolina for trial.

22. The allegedly negligent acts of American occurred onboard one of its aircraft during flight, which subsequently landed at the Dallas Fort Worth International Airport.

FURTHER AFFIANT SAYETH NOT.

This the 13th day of Aug., 2018.

_Debra Shaffer_
Debra Shaffer

SWORN TO before me this
13 day of Aug, 2018.

_Patricia Jo Barnholdt_
Notary Public for Texas
My Commission Expires: 3/6/19

PATRICIA JO BARNHOLDT
Notary ID # 130144958
My Commission Expires
March 6, 2019